UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERLE DAVIS and DONALD WEILERSBACHER, on Behalf of Themselves And All Others Similarly Situated, | § § § § | No. 4:11 – cv - 2486 |
| | § | CLASS ACTION |
| Plaintiffs, | § § | |
| vs. | § § | |
| DUNCAN ENERGY PARTNERS L.P., W. RANDALL FOWLER, BRYAN F. BULAWA, WILLIAM A. BRUCKMANN, III, LARRY J. CASEY, RICHARD S. SNELL, DEP HOLDINGS, LLC and ENTERPRISE PRODUCTS PARTNERS L.P., | § § § § § § § | |
| Defendants. | § | |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY UNDER RULE 26(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs and Defendants have reached agreement regarding a briefing schedule for Plaintiffs' Motion for Expedited Discovery Under Rule 26(d) of the Federal Rules of Civil Procedure (the "Motion") as follows:

1. Defendants' brief in opposition to the Motion shall be filed on or before July 26, 2011.

2. Plaintiffs' reply in support of the Motion shall be filed on or before July 28, 2011.

3. ~~A hearing on the Motion shall be held on _____, 2011, at __:__ _.m.~~ Copies of briefs will be delivered to the court's chambers

4. Defendants do not waive any defenses by entering into this stipulation.

Plaintiffs reserve the right to petition the court to accelerate the dates herein should the circumstances warrant.

AGREED TO:

KENDALL LAW GROUP, LLP

s/ Joe Kendall
JOE KENDALL, Attorney-in-Charge
State Bar No. 11260700
Southern District Bar No. 30973
JAMIE J. MCKEY
State Bar No. 24045262
Southern District Bar No. 1043425
3232 McKinney, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
JUSTIN D. RIEGER
LAUREN E. ROSNER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

GOLDFARB BRANHAM LLP
HAMILTON LINDLEY
Saint Ann Court
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Telephone: (214) 583-2257
Facsimile: (214) 583-2234

COUNSEL FOR PLAINTIFFS

VINSON & ELKINS L.L.P.


s/ Karl S. Stern
Karl S. Stern, Attorney-in-Charge
State Bar No. 19175665
Southern District Bar No. 04870
Kenneth P. Held
State Bar No. 24030333
Southern District Bar No. 29197
Quentin L. Smith
State Bar No. 24075096
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: 713.758.2222
Telecopier: 713.615.5603

ATTORNEYS FOR WILLIAM A. BRUCKMANN III,
LARRY J. CASEY, and RICHARD S. SNELL


FULBRIGHT & JAWORSKI L.L.P.


s/ Layne E. Kruse
Layne E. Kruse, Attorney-in-Charge
State Bar No. 11742550
Southern District Bar No. 2383
Darryl Anderson
State Bar No. 24008694
Southern District No. 25059
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

ATTORNEYS FOR DEFENDANTS
DUNCAN ENERGY PARTNERS L. P. and
DEP HOLDINGS, LLC

STRONG PIPKIN BISSELL & LEDYARD, L.L.P.

s/ Michael Hendryx
Michael Hendryx
Texas Bar No. 09461200
Southern District Bar No. 2956
1301 McKinney, Suite 2100
Houston, Texas 77010
713.651.1900 (telephone)
713.651.1920 (facsimile)
mhendryx@strongpipkin.com

ATTORNEYS FOR ENTERPRISE PRODUCTS
PARTNERS L.P., ENTERPRISE PRODUCTS
HOLDINGS LLC, EPD MERGERCO LLC, W.
RANDALL FOWLER, and BRYAN F. BULAWA

    IT IS SO ORDERED.

DATED: 7/15/11

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

US 970799v1